UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH S. CARMICKAL, a/k/a
SARAH S. HENRY, an individual,

        Case No.: 8:11-cv-2139-SCB-EAH

    Plaintiff,
v.

CREDITORS FINANCIAL GROUP, LLC,
a foreign limited liability company,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Sarah S. Carmickal, a/k/a Sarah S. Henry (hereinafter "Plaintiff"), by and through her undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, Creditors Financial Group, LLC (hereinafter "Defendant"), have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing the written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Defendant's counsel and Defendant's counsel has no objection to Plaintiff's notice.

Submitted this 30th day of November 2011.

                        Respectfully Submitted,

                        **LEAVENGOOD & NASH**

                        /s/ Ian R. Leavengood
                        **Ian R. Leavengood, Esq., FBN 0010167**
                        2958 First Avenue North
                        St. Petersburg, FL 33713
                        Phone: (727) 327-3328
                        Fax: (727) 327-3305
                        ileavengood@leavenlaw.com
                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished electronically or by U.S. Mail this 30th day of November 2011 to:

    Mary Grace Dyleski
    Counsel for Defendant
    South Milhausen, P.A.
    1000 Legion Place, Suite 1200
    Orlando, FL 32801

                        /s/ Ian R. Leavengood
                        Attorney