UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:11-cv-2139-SCB-EAH

SARAH S. CARMICKAL, a/k/a
SARAH C. HENRY,

    Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, SARAH S. CARMICKAL, a/k/a SARAH C. HENRY, and Defendant, CREDITORS FINANCIAL GROUP, LLC, by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

This 23rd day of Dec, 2011.  This 23rd day of Dec, 2011.

/s/ Ian R. Leavengood   /s/ Mary Grace Dyleski
IAN R. LEAVENGOOD   ERNEST H. KOHLMYER, III
Florida Bar No: 10167   Florida Bar No: 110108
Leavengood and Nash, P.A.  MARY GRACE DYLESKI
2958 First Avenue North   Florida Bar No: 0143383
St. Petersburg, Florida 33713 South Milhausen, P.A.
727-327-3328     Gateway Center
Fax: 727-327-3305    1000 Legion Place, Suite 1200
Attorneys for Plaintiff   Orlando, Florida 32801
           407-539-1638 Fax: 407-539-2679
           Attorneys for Defendant